UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

A. ANAND SHAH,

Plaintiff,

Case No. 25-cv-13558
Hon. Matthew F. Leitman

v.

BROKERAGE CONCEPTS, LLC,
d/b/a Healthnow Administrative Services,

Defendant.

______________________________________________________________/

**ORDER DISMISSING CASE**

Pursuant to the parties' Stipulation of Dismissal With Prejudice, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126